405 F.2d 499
 William BLACKHURST, Appellant,
v.
E. I. du PONT de NEMOURS AND COMPANY, a Corporation, Appellee.
 No. 12523.
 United States Court of Appeals Fourth Circuit.
 Argued Oct. 30, 1968.
Decided Dec. 2, 1968.
 
 Rudolph L. DiTrapano, Charleston, W. Va. (Robert M. Harvey, Charleston, W. Va., on brief), for appellant.
 Howard R. Klostermeyer, Charleston, W. Va., (W. Victor Ross, Charlestor, W. Va., John Francis Lawless, Washingtion, D.C., and Spilman, Thomas, Battle & Klostermeyer, Charleston, W. Va., on brief), for appellee.
 Before HAYNSWORTH, Chief Judge, and BOREMAN and WINTER, Circuit judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the opinion of the District Court. Blackhurst v. E. I. Du Pont De Nemours and Company, S.D.W.Va., 294 F.Supp. 128.
 
 
 2
 Affirmed.